JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD GUNAPAUL ATHISAYA RAJAN,<br><br>Petitioner,<br><br>v.<br><br>FACILITY ADMINISTRATOR/WARDEN, ADELANTO ICE PROCESSING CENTER; LOS ANGELES FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY, DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY; ATTORNEY GENERAL OF THE UNITED STATES<br><br>Respondents. | Case No. 5:26-cv-04759-RGK-SSC<br><br>**[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF PETITIONER'S WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**<br><br>**[9]** |

This matter has come before this Court on parties' Joint Stipulation of Dismissal without Prejudice. On October 5, 2026, parties met and conferred in compliance with Local Rule 7.3 regarding Petitioner's potential motion for leave to

amend his petition. Based upon the meet and confer, parties have agreed to a dismissal of the instant Petition without prejudice and have submitted a Joint Stipulation of Dismissal.

The Court has carefully considered the Joint Stipulation of Dismissal, all other filings, and the record in this case. Upon consideration of the Joint Stipulation of Dismissal, the Court orders that Petitioner's Writ of Habeas Corpus be dismissed without prejudice, and each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: **10/8/2026**

Gary Klausner

R. Gary Klausner
United States District Judge